﻿Citation Nr: AXXXXXXXX
Decision Date: 03/31/20 Archive Date: 03/31/20

DOCKET NO. 200127-55688
DATE: March 31, 2020

ORDER

Entitlement to an effective date of April 18, 2017, but no earlier, for the award of service connection for bilateral hearing loss is granted.

Entitlement to an effective date of October 25, 2017, but no earlier, for the award of service connection for tinnitus is granted.

FINDINGS OF FACT

1. The Veteran filed a claim for service connection for bilateral hearing loss on April 18, 2017 and continuously pursued that issue until service connection was granted.

2. The Veteran filed a claim for service connection for tinnitus on October 25, 2017 and continuously pursued that issue until service connection was granted.

CONCLUSIONS OF LAW

1. The criteria for an effective date of April 18, 2017 for service connection for bilateral hearing loss have been met. 38 U.S.C. § 5110; 38 C.F.R. § 3.400.

2. The criteria for an effective date of October 25, 2017 for service connection for tinnitus have been met. 38 U.S.C. § 5110; 38 C.F.R. § 3.400.

REASONS AND BASES FOR FINDINGS AND CONCLUSIONS

The Veteran served on active duty in the United States Army from February 1969 to September 1971, to include service in the Republic of Vietnam.

This matter is on appeal to the Board of Veterans’ Appeals (Board) from a November 2019 rating decision issued by a Department of Veterans Affairs (VA) Regional Office (RO). In January 2020, the Veteran timely appealed the portion of the rating decision pertaining to the issues above and requested direct review of the evidence considered by the RO. 38 C.F.R. § 20.202. 

The Veteran seeks an earlier effective date for the grant of service connection for bilateral hearing loss and tinnitus. 

Generally, the effective date of an evaluation and award of pension, compensation, or dependency and indemnity compensation based on an original claim, a claim reopened after final disallowance, or a claim for increase will be the date of receipt of the claim, or the date entitlement arose, whichever is later. 38 U.S.C. § 5110; 38 C.F.R. § 3.400. 

The Veteran filed an initial claim of service connection for bilateral hearing loss on April 18, 2017, which was denied in an August 2017 rating decision. In October 25, 2017, the Veteran sought reconsideration for the denial of his bilateral hearing loss claim, provided new and material evidence with respect to that claim, and filed an initial claim of service connection for tinnitus. In a November 2017 rating decision, the RO denied the Veteran’s claims. Subsequently, in July 2018, the Veteran sought reconsideration for the denial of service connection for both bilateral hearing loss and tinnitus, again submitting new and material evidence with his request for reconsideration. In an August 2018 rating decision, the RO again denied the Veteran’s claims.

Subsequently, in July 2019, the Veteran filed a supplemental claim under the Appeals Modernization Act (AMA) seeking service connection for both claims. After reviewing the application, VA returned the Veteran’s claim for lack of new and material evidence. In August 2019, the Veteran re-filed his supplemental claim for bilateral hearing loss and tinnitus. The RO, in a November 2019 rating decision, granted both claims effective August 19, 2019, the date of the latter supplemental claim. 

Having carefully reviewed the evidence of record, the Board finds that the probative evidence supports earlier effective dates for the Veteran’s service connection claims. 38 C.F.R. § 3.400. In this case, the Veteran has continuously pursued his service connection claim for bilateral hearing loss and tinnitus since the initial respective dates of claims. See 38 C.F.R. §§ 3.156, 3.2500(c). Accordingly, an effective date of April 18, 2017 for service connection for bilateral hearing loss and an effective date of October 25, 2017 for tinnitus is granted.

 

 

Nathan Kroes

Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board M. Mathew

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.